# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **SLAWOMIR OBARSKI,** | Civ. No. 2:13-02271 (WJM) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **CLIENT SERVICES INC.,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on Defendant's motion to dismiss; for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 3rd day of June 2013, hereby,

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that Count I is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Counts II and III are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiff shall have thirty days from the date of this Order in which to amend the complaint to address only those deficiencies noted in the accompanying Opinion.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**