UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SLAWOMIR OBARSKI,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CLIENT SERVICES INC.,**<br><br>**Defendant.** | Civ. No. 2:13-02271 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendant's motion to dismiss the Second Amended Complaint; for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 7th day of October 2013, hereby,

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

                                                    /s/ William J. Martini
                                                    **WILLIAM J. MARTINI, U.S.D.J.**